IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| ANGELA LYNN MCFALLS, | ) NO. 12-66485 |
| | ) |
| Debtor. | ) |
| | ) |
| BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY, | ) JUDGE: JAMES R. SACCA |
| | ) |
| | ) CHAPTER 13 |
| Movant. | ) |
| | ) |
| vs. | ) |
| | ) |
| ANGELA LYNN MCFALLS, ADAM M. GOODMAN, Trustee, | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION (#49)

Movant having filed a Motion to Approve Loan Modification, which was set for hearing on July 10, 2014, and it appearing that at the call of the calendar, no party in interest announced any opposition to the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED as to Movant and its successors and assigns. The loan modification referenced in the Motion with respect to the property known as 175 Church Road, Stockbridge, Georgia 30281, is approved, and the parties may proceed with the loan modification, including the execution and recording of the finalized loan modification and any other related documents.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claims, if any, as the loan modification shall bring the loan current and Movant may amend its claim accordingly.

FURTHER ORDERED that at its option, Movant, and its successors and assigns, may contact Debtor directly to discuss this modification, any potential forbearance agreements or workouts, or any other type of loss mitigation connected with this Order or with this loan.

FURTHER ORDERED that entry of this Order does not absolve Debtor of any ancillary requirements to file a modified Chapter 13 Plan or Schedules and all necessary pleadings in conjunction with same.

SO ORDERED this 11th day of July, 2014.

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

HEATHER D. BOCK, BAR NO. 122806
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
678-281-6444– phone
678-281-6444– fax

NO OPPOSITION:

_____
JASON ROGERS, BAR NO. 142575
Attorney for Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303
678-510-1444- phone

DISTRIBUTION LIST

Angela Lynn McFalls
175 Church Road
Stockbridge, GA 30281

E. L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303